**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 12 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GLENDA BRUNSON, | No.  21-16380 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-00917-RFB-DJA |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Nevada
Richard F. Boulware II, District Judge, Presiding

Submitted January 11, 2023**
San Francisco, California

Before:  WALLACE, SILVERMAN, OWENS, Circuit Judges.

Glenda Brunson appeals pro se from the district court's dismissal of her complaint.  We have jurisdiction pursuant to 28 U.S.C. § 1291.  We review the district court's jurisdiction de novo.  *See Carriger v. Lewis*, 971 F.2d 329, 332 (9th

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Cir. 1992).  We affirm.

The district court did not err in holding that it had no jurisdiction, as Brunson failed to allege that she exhausted her administrative remedies as required under the Federal Tort Claims Act, 28 U.S.C. § 2675(a), and the Social Security Act, 42 U.S.C. § 405(g).  *See Vacek v. United States Postal Serv.*, 447 F.3d 1248, 1250 (9th Cir. 2006); *Bass v. Soc. Sec. Admin.*, 872 F.2d 832, 833 (9th Cir. 1989).

**AFFIRMED.**